M. Marshall

AO 91 (Rev. 08/09) Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

2012 JUN 15 PM 4:09

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
         DEPUTY

United States of America )
v. )
Ford Tommy Grace (1) )   Case No. A-12-M-429
Jeffrey Lain Esquivel (2) )
Tabatha Ryan Griffith (3) )
)

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___6/14/2012___ in the county of ___Travis___ in the ___Western___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| USC 21 section 841(a)(1) and 846 | Conspiracy to possess and distrubute marijuana, cocaine, methamphetamine, and MDMA (Ecstasy). |

This criminal complaint is based on these facts:

On 06/14/2012, members of the Austin Police Narcotics Conspiracy unit and Pflugerville Police Narcotics unit, conducted a buy/bust operation, resulting in the seizure of approximately 112 marijuana plants, .2 grams of cocaine, 173 grams of methampathamine and 80 grams of MDMA (ecstacy) in pill form.

☑ Continued on the attached sheet.

_____
Complainant's signature

Detective Thomas M. Hugonnett
Printed name and title

Sworn to before me and signed in my presence.

Date: __06/15/2012__

_____
Judge's signature

City and state: ___Austin, Texas___

Judge Austin
Printed name and title

# ATTACHMENT

On 06/14/2012, members of the Austin Police Narcotic Conspiracy and Pflugerville Narcotics Units, conducted a buy/bust operation on a known subject named Tommy Ford Grace. Through the use of a cooperating defendant, Grace was contacted for the purchase of 300 tablets of MDMA (aka Ecstasy) and Hydroponic Marijuana. Grace arrived at an agreed location of 1434 Wells Branch Parkway, Austin, Texas, with his girlfriend Tabatha Ryan Griffith, for the sale of the narcotics. Subsequent the detention and arrest, Grace and Griffith were found to be in possession of 80 grams of MDMA in pill form, 4.45 ounces of Marijuana, 20 grams of methamphetamine, all of which was contained in the vehicle they drove. The methamphetamine was found in Grace's pants pocket with $2130 in U.S. Currency.

Prior to the buy/bust meet, Grace and Griffith were followed to two separate residences, one of which was believed to contain a marijuana grow at 15301 Lady Elizabeth Ln., Pflugerville, Texas. This belief was the result of a narcotic K-9 sniff. After the arrest of Grace and Griffith, defendant Jeffery Lain Esquivel was observed entering and leaving the Lady Elizabeth location. Esquivel was detained pending a search warrant for the 15301 Lady Elizabeth Ln. residence. A search warrant for 15301 Lady Elizabeth Ln., was sought and granted by Austin Municipal Court Judge Kerr. Upon execution of the search warrant for the Lady Elizabeth residence, it was found to contain an active marijuana grow, as well as 93 grams of methamphetamine and two stolen handguns taken in a burglary from Cedar Park Texas. The location also contained a safe holding personal papers belonging to defendant Grace.

As a result of the surveillance and investigation of the Lady Elizabeth address, and prior to the detention of defendant Esquivel, information had been developed showing Esquivel to also own residences at 15012 Hyson Xing, Pflugerville, Texas and 1012 Peppermint Trl., Pflugerville, Texas (both of which are located in the same neighborhood. Search warrants were sought for the additional residences of 15012 Hyson Xing and 1012 Peppermint Trl. Austin Municipal Court Judges Kerr and Vasquez reviewed the probable cause affidavits for the search, and granted search warrants for the locations respectively. The searches of the residences uncovered additional marijuana grow, totaling over 110 plants or plant root balls, as well as paperwork showing Esquivel to be the owner of all three residences.